| **Charge for Mr. Hoving's $345,000 refinance per the rate manual Basic Rate** | **Calculation By Ms.Welburn** |
|---|---|
| "For the first $1,000 of liability (or fraction thereof) … $190" | $190 |
| For each additional $1,000 (or fraction thereof) up to and including $50,000 …$5.00 | $245 |
| For each additional $1,000 (or fraction thereof) in excess of $50,000 up to and including $100,000 …$4.00 | $200 |
| For each additional $1,000 (or fraction thereof) in excess of $100,000 up to and including $200,000 …$3.50 | $350 |
| For each additional $1,000 (or fraction thereof) in excess of $200,000 up to and including $300,000 …$3.00 | $300 |
| For each additional $1,000 (or fraction thereof) in excess of $300,000 up to and including $1,000,000 …$2.50 | $112.50 |
| **Total** | **$1,397.50** |