|  | All Originations ||| All Purchase Originations ||| All Refinance Originations |||
|---|---|---|---|---|---|---|---|---|---|
|  | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size |
| 2006 For The State of Michigan | 412,776 | $ 48,817,930,000 | $ 118,267 | 164,982 | $ 20,364,870,000 | $ 123,437 | 213,881 | $ 26,909,498,000 | $ 125,815 |
| 2005 For The State of Michigan | 498,393 | $ 63,414,597,000 | $ 127,238 | 195,091 | $ 25,422,435,000 | $ 130,311 | 269,370 | $ 36,305,005,000 | $ 134,777 |
| 2004 For The State of Michigan | 539,742 | $ 70,732,921,000 | $ 131,050 | 185,237 | $ 25,511,899,000 | $ 137,726 | 319,143 | $ 43,450,056,000 | $ 136,146 |
| 2003 For The State of Michigan | 897,543 | $ 119,316,349,000 | $ 132,937 | 170,827 | $ 23,633,236,000 | $ 138,346 | 697,468 | $ 94,863,738,000 | $ 136,012 |
| 2002 For The State of Michigan | 720,733 | $ 92,921,853,825 | $ 128,927 | 161,895 | $ 21,539,130,825 | $ 133,044 | 524,222 | $ 70,522,697,000 | $ 134,528 |
| 2001 For The State of Michigan | 644,763 | $ 75,170,002,000 | $ 116,585 | 162,294 | $ 20,539,941,000 | $ 126,560 | 434,383 | $ 53,520,873,000 | $ 123,211 |
| 2000 For The State of Michigan | 360,015 | $ 34,038,688,000 | $ 94,548 | 167,592 | $ 20,174,731,000 | $ 120,380 | 140,935 | $ 12,866,425,000 | $ 91,293 |
| 1999 For The State of Michigan | 459,772 | $ 43,406,744,000 | $ 94,409 | 174,180 | $ 20,090,385,000 | $ 115,343 | 234,080 | $ 22,325,748,000 | $ 95,377 |

Note: the purchase and refinance totals do not sum to the total because home improvement loan originations are included in the total, but are not presented in this table

Source: MBA based on Home Mortgage Disclosure Act data (HMDA)

Visit HMDA website (http://www.ffiec.gov/hmda/) for details on exemptions and disclosures regarding the data.

| | All Originations | | | All Purchase Originations | | | All Refinance Originations | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size |
| 2006 For The State of Arizona | 476,005 | $ 91,544,237,000 | 192,318 | 232,297 | $ 44,681,671,000 | 192,347 | 214,776 | $ 43,851,157,000 | 204,172 |
| 2005 For The State of Arizona | 578,902 | $ 101,153,342,000 | 174,733 | 297,372 | $ 51,240,089,000 | 172,310 | 254,541 | $ 47,132,814,000 | 185,168 |
| 2004 For The State of Arizona | 418,023 | $ 60,524,634,000 | 144,788 | 228,767 | $ 33,858,863,000 | 148,006 | 171,410 | $ 25,648,898,000 | 149,635 |
| 2003 For The State of Arizona | 530,695 | $ 73,080,777,000 | 137,708 | 170,043 | $ 24,473,731,000 | 143,927 | 348,985 | $ 48,248,951,000 | 138,255 |
| 2002 For The State of Arizona | 397,307 | $ 53,586,362,500 | 134,874 | 147,207 | $ 20,089,458,000 | 136,471 | 238,390 | $ 33,164,250,500 | 139,118 |
| 2001 For The State of Arizona | 338,483 | $ 42,540,569,000 | 125,680 | 141,486 | $ 18,531,158,000 | 130,975 | 184,139 | $ 23,652,815,000 | 128,451 |
| 2000 For The State of Arizona | 192,755 | $ 20,919,867,000 | 108,531 | 126,014 | $ 15,663,423,000 | 124,299 | 50,740 | $ 4,851,200,000 | 95,609 |
| 1999 For The State of Arizona | 239,017 | $ 24,693,260,000 | 103,312 | 128,216 | $ 15,218,224,000 | 118,692 | 92,794 | $ 9,007,742,000 | 97,072 |

Note: the purchase and refinance totals do not sum to the total because home improvement loan originations are included in the total, but are not presented in this table

Source: MBA based on Home Mortgage Disclosure Act data (HMDA)

Visit HMDA website (http://www.ffiec.gov/hmda/) for details on exemptions and disclosures regarding the data.

| | All Originations | | | All Purchase Originations | | | All Refinance Originations | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size |
| 2006 For The State of Colorado | 288,533 | $ 51,365,780,000 | 178,024 | 155,459 | $ 28,478,409,000 | 183,189 | 118,786 | $ 21,833,655,000 | 183,807 |
| 2005 For The State of Colorado | 333,978 | $ 58,070,335,000 | 173,875 | 171,080 | $ 29,488,232,000 | 172,365 | 149,107 | $ 27,509,826,000 | 184,497 |
| 2004 For The State of Colorado | 336,689 | $ 59,890,219,000 | 177,880 | 145,777 | $ 26,036,970,000 | 178,608 | 178,407 | $ 33,026,654,000 | 185,120 |
| 2003 For The State of Colorado | 522,609 | $ 91,572,247,000 | 175,221 | 124,969 | $ 22,791,327,000 | 182,376 | 386,294 | $ 68,319,824,000 | 176,860 |
| 2002 For The State of Colorado | 419,096 | $ 72,465,200,950 | 172,908 | 120,432 | $ 21,543,596,450 | 178,886 | 282,670 | $ 50,355,473,500 | 178,142 |
| 2001 For The State of Colorado | 395,305 | $ 62,731,560,000 | 158,692 | 126,191 | $ 21,304,832,000 | 168,830 | 248,646 | $ 40,765,821,000 | 163,951 |
| 2000 For The State of Colorado | 216,934 | $ 28,940,474,000 | 133,407 | 127,064 | $ 20,024,569,000 | 157,594 | 66,318 | $ 8,130,364,000 | 122,597 |
| 1999 For The State of Colorado | 260,295 | $ 31,944,719,000 | 122,725 | 122,226 | $ 17,553,811,000 | 143,618 | 116,485 | $ 13,841,461,000 | 118,826 |

Note: the purchase and refinance totals do not sum to the total because home improvement loan originations are included in the total, but are not presented in this table

Source: MBA based on Home Mortgage Disclosure Act data (HMDA)

Visit HMDA website (http://www.ffiec.gov/hmda/) for details on exemptions and disclosures regarding the data.

| | All Originations | | | All Purchase Originations | | | All Refinance Originations | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size |
| 2006 For The State of Missouri | 261,398 | $ 30,637,687,000 | $ 117,207 | 126,408 | $ 15,364,363,000 | $ 121,546 | 116,662 | $ 14,386,462,000 | $ 123,317 |
| 2005 For The State of Missouri | 287,888 | $ 33,273,055,000 | $ 115,576 | 134,539 | $ 15,701,065,000 | $ 116,703 | 136,353 | $ 16,686,361,000 | $ 122,376 |
| 2004 For The State of Missouri | 280,563 | $ 32,390,389,000 | $ 115,448 | 116,411 | $ 13,678,527,000 | $ 117,502 | 150,599 | $ 18,082,028,000 | $ 120,067 |
| 2003 For The State of Missouri | 413,329 | $ 48,865,110,000 | $ 118,223 | 100,261 | $ 11,720,040,000 | $ 116,895 | 303,944 | $ 36,911,388,000 | $ 121,441 |
| 2002 For The State of Missouri | 314,248 | $ 36,124,315,000 | $ 114,955 | 89,172 | $ 9,924,927,000 | $ 111,301 | 214,737 | $ 25,953,576,000 | $ 120,862 |
| 2001 For The State of Missouri | 278,144 | $ 29,156,851,000 | $ 104,826 | 90,676 | $ 9,413,377,000 | $ 103,813 | 173,194 | $ 19,147,282,000 | $ 110,554 |
| 2000 For The State of Missouri | 166,240 | $ 14,021,819,000 | $ 84,347 | 90,770 | $ 8,736,038,000 | $ 96,244 | 61,417 | $ 5,014,632,000 | $ 81,649 |
| 1999 For The State of Missouri | 205,570 | $ 16,805,402,000 | $ 81,750 | 91,886 | $ 8,477,012,000 | $ 92,256 | 96,382 | $ 8,016,005,000 | $ 83,169 |

Note: the purchase and refinance totals do not sum to the total because home improvement loan originations are included in the total, but are not presented in this table

Source: MBA based on Home Mortgage Disclosure Act data (HMDA)

Visit HMDA website (http://www.ffiec.gov/hmda/) for details on exemptions and disclosures regarding the data.

| | All Originations | | | All Purchase Originations | | | All Refinance Originations | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size |
| 2006 For The State of New Jersey | 421,288 | $ 93,907,740,000 | 222,906 | 161,552 | $ 41,227,719,000 | 255,198 | 213,116 | $ 48,757,060,000 | 228,782 |
| 2005 For The State of New Jersey | 469,770 | $ 103,865,519,000 | 221,099 | 183,027 | $ 46,486,486,000 | 253,987 | 240,665 | $ 53,290,031,000 | 221,428 |
| 2004 For The State of New Jersey | 437,748 | $ 87,909,942,000 | 200,823 | 168,759 | $ 40,311,004,000 | 238,867 | 228,581 | $ 44,489,772,000 | 194,635 |
| 2003 For The State of New Jersey | 693,579 | $ 126,618,768,000 | 182,559 | 153,387 | $ 33,306,824,000 | 217,142 | 510,991 | $ 91,666,515,000 | 179,390 |
| 2002 For The State of New Jersey | 504,314 | $ 85,395,481,280 | 169,330 | 140,418 | $ 27,312,688,715 | 194,510 | 326,289 | $ 56,183,271,565 | 172,189 |
| 2001 For The State of New Jersey | 365,510 | $ 56,136,346,000 | 153,584 | 132,460 | $ 22,997,322,000 | 173,617 | 202,959 | $ 31,982,312,000 | 157,580 |
| 2000 For The State of New Jersey | 217,517 | $ 28,530,565,000 | 131,165 | 130,581 | $ 21,080,512,000 | 161,436 | 57,421 | $ 6,478,579,000 | 112,826 |
| 1999 For The State of New Jersey | 286,212 | $ 37,320,749,000 | 130,395 | 134,313 | $ 20,993,021,000 | 156,299 | 121,239 | $ 15,345,110,000 | 126,569 |

*Note: the purchase and refinance totals do not sum to the total because home improvement loan originations are included in the total, but are not presented in this table*

**Source: MBA based on Home Mortgage Disclosure Act data (HMDA)**

*Visit HMDA website (http://www.ffiec.gov/hmda/) for details on exemptions and disclosures regarding the data.*

|  | All Originations | | | All Purchase Originations | | | All Refinance Originations | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size | Number | Dollar Volume | Average Size |
| 2006 For The State of Washington | 375,991 | $ 75,296,040,000 | 200,260 | 184,420 | $ 38,267,651,000 | 207,503 | 168,355 | $ 34,689,289,000 | 206,048 |
| 2005 For The State of Washington | 405,353 | $ 74,285,720,000 | 183,262 | 198,048 | $ 36,747,142,000 | 185,547 | 187,490 | $ 35,674,655,000 | 190,275 |
| 2004 For The State of Washington | 366,724 | $ 62,408,837,000 | 170,179 | 166,490 | $ 29,074,510,000 | 174,632 | 183,888 | $ 32,137,109,000 | 174,765 |
| 2003 For The State of Washington | 585,775 | $ 96,160,027,000 | 164,159 | 144,841 | $ 24,567,877,000 | 169,620 | 428,299 | $ 71,068,367,000 | 165,932 |
| 2002 For The State of Washington | 420,847 | $ 68,125,014,000 | 161,876 | 124,030 | $ 19,966,685,000 | 160,983 | 285,673 | $ 47,806,591,000 | 167,347 |
| 2001 For The State of Washington | 351,537 | $ 52,995,376,000 | 150,753 | 116,461 | $ 18,087,585,000 | 155,310 | 218,809 | $ 34,377,291,000 | 157,111 |
| 2000 For The State of Washington | 187,844 | $ 24,444,376,000 | 130,131 | 112,307 | $ 16,932,641,000 | 150,771 | 54,933 | $ 6,897,364,000 | 125,560 |
| 1999 For The State of Washington | 253,491 | $ 32,435,112,000 | 127,954 | 116,718 | $ 17,045,142,000 | 146,037 | 114,583 | $ 14,740,422,000 | 128,644 |

Note: the purchase and refinance totals do not sum to the total because home improvement loan originations are included in the total, but are not presented in this table

Source: MBA based on Home Mortgage Disclosure Act data (HMDA)

Visit HMDA website (http://www.ffiec.gov/hmda/) for details on exemptions and disclosures regarding the data.