| State | Year | No. of Purchases | No. of Refinances | Total Number of Purchases and Refinanaces | % of Total Number of Purchases and Refinances that are Refinances |
|---|---|---|---|---|---|
| | | | | | |
| Arizona | 1999 | 128,216 | 92,794 | 221,010 | 41.99% |
| | 2000 | 126,014 | 50,740 | 176,754 | 28.71% |
| | 2001 | 141,486 | 184,139 | 325,625 | 56.55% |
| | 2002 | 147,207 | 238,390 | 385,597 | 61.82% |
| | 2003 | 170,043 | 348,985 | 519,028 | 67.24% |
| | 2004 | 228,767 | 171,410 | 400,177 | 42.83% |
| | 2005 | 297,372 | 254,541 | 551,913 | 46.12% |
| | 2006 | 232,297 | 214,776 | 447,073 | 48.04% |
| | | | | | |
| Colorado | 1999 | 122,226 | 116,485 | 238,711 | 48.80% |
| | 2000 | 127,064 | 66,318 | 193,382 | 34.29% |
| | 2001 | 126,191 | 248,646 | 374,837 | 66.33% |
| | 2002 | 120,432 | 282,670 | 403,102 | 70.12% |
| | 2003 | 124,969 | 386,294 | 511,263 | 75.56% |
| | 2004 | 145,777 | 178,407 | 324,184 | 55.03% |
| | 2005 | 171,080 | 149,107 | 320,187 | 46.57% |
| | 2006 | 155,459 | 118,786 | 274,245 | 43.31% |
| | | | | | |
| Michigan | 1999 | 174,180 | 234,080 | 408,260 | 57.34% |
| | 2000 | 167,592 | 140,935 | 308,527 | 45.68% |
| | 2001 | 162,294 | 434,383 | 596,677 | 72.80% |
| | 2002 | 161,895 | 524,222 | 686,117 | 76.40% |
| | 2003 | 170,827 | 697,468 | 868,295 | 80.33% |
| | 2004 | 185,237 | 319,143 | 504,380 | 63.27% |
| | 2005 | 195,091 | 269,370 | 464,461 | 58.00% |
| | 2006 | 164,982 | 213,881 | 378,863 | 56.45% |
| | | | | | |
| Missouri | 1999 | 91,886 | 96,382 | 188,268 | 51.19% |
| | 2000 | 90,770 | 61,417 | 152,187 | 40.36% |
| | 2001 | 90,676 | 173,194 | 263,870 | 65.64% |
| | 2002 | 89,172 | 214,737 | 303,909 | 70.66% |
| | 2003 | 100,261 | 303,944 | 404,205 | 75.20% |
| | 2004 | 116,411 | 150,599 | 267,010 | 56.40% |
| | 2005 | 134,539 | 136,353 | 270,892 | 50.33% |
| | 2006 | 126,408 | 116,662 | 243,070 | 48.00% |
| | | | | | |
| New Jersey | 1999 | 134,313 | 121,239 | 255,552 | 47.44% |
| | 2000 | 130,581 | 57,421 | 188,002 | 30.54% |
| | 2001 | 132,460 | 202,959 | 335,419 | 60.51% |
| | 2002 | 140,418 | 326,289 | 466,707 | 69.91% |
| | 2003 | 153,387 | 510,991 | 664,378 | 76.91% |
| | 2004 | 168,759 | 228,581 | 397,340 | 57.53% |
| | 2005 | 183,027 | 240,665 | 423,692 | 56.80% |
| | 2006 | 161,552 | 213,116 | 374,668 | 56.88% |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Washington | 1999 | 116,718 | 114,583 | 231,301 | 49.54% |
| | 2000 | 112,307 | 54,933 | 167,240 | 32.85% |
| | 2001 | 116,461 | 218,809 | 335,270 | 65.26% |
| | 2002 | 124,030 | 285,673 | 409,703 | 69.73% |
| | 2003 | 144,841 | 428,299 | 573,140 | 74.73% |
| | 2004 | 166,490 | 183,888 | 350,378 | 52.48% |
| | 2005 | 198,048 | 187,490 | 385,538 | 48.63% |
| | 2006 | 184,420 | 168,355 | 352,775 | 47.72% |