| Revenue Trans ID | Effective Date | Corp | Unit Code | Unit | RollUp Agent Code | Agent | Order Number | State |
|---|---|---|---|---|---|---|---|---|
| 66517992 | 17-Jan-07 | Transnation Title Insurance Company | 18761 | Amera Title 720 AR | 00000 | Not An Agent | ATI0129 | Michigan |
| 66517993 | 17-Jan-07 | Transnation Title Insurance Company | 18761 | Amera Title 720 AR | 00000 | Not An Agent | ATI0102 | Michigan |
| 66517994 | 17-Jan-07 | Transnation Title Insurance Company | 18761 | Amera Title 720 AR | 00000 | Not An Agent | ATI0121 | Michigan |
| 66517995 | 17-Jan-07 | Transnation Title Insurance Company | 18761 | Amera Title 720 AR | 00000 | Not An Agent | ATI0125 | Michigan |
| 66517996 | 17-Jan-07 | Transnation Title Insurance Company | 18761 | Amera Title 720 AR | 00000 | Not An Agent | ATI0076 | Michigan |
| 66517997 | 17-Jan-07 | Transnation Title Insurance Company | 18761 | Amera Title 720 AR | 00000 | Not An Agent | ATI0126 | Michigan |
| 66517998 | 17-Jan-07 | Transnation Title Insurance Company | 18761 | Amera Title 720 AR | 00000 | Not An Agent | ATI0120 | Michigan |

| County | Amount | Natural Liability Amount | Transaction Code | Transaction Description | Policy Identifier | Schedule Level 0 |
|---|---|---|---|---|---|---|
| INGHAM | 307.5 | 74000 | 204 | MORTGAGE REFINANCE COVERAGE | ATI0129 | Affiliated Agencies |
| OAKLAND | 796.25 | 405000 | 204 | MORTGAGE REFINANCE COVERAGE | ATI0102 | Affiliated Agencies |
| WAYNE | 321.5 | 97000 | 204 | MORTGAGE REFINANCE COVERAGE | ATI0121 | Affiliated Agencies |
| MACOMB | 343.2 | 145800 | 204 | MORTGAGE REFINANCE COVERAGE | ATI0125 | Affiliated Agencies |
| EATON | 423.5 | 119700 | 204 | MORTGAGE REFINANCE COVERAGE | ATI0076 | Affiliated Agencies |
| WAYNE | 231.6 | 72000 | 204 | MORTGAGE REFINANCE COVERAGE | ATI0126 | Affiliated Agencies |
| SANILAC | 1377.5 | 880000 | 204 | MORTGAGE REFINANCE COVERAGE | ATI0120 | Affiliated Agencies |